# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **LEIGHNI N. HADL,** | |
| Plaintiff, | 8:22CV155 |
| vs. | |
| **TOM'S DELIVERY SERVICE, INC.,** a Nebraska Corporation; | ORDER |
| Defendant. | |

Upon notice of settlement given to the undersigned magistrate judge by counsel for plaintiff,

**IT IS ORDERED:**

1. On or before **November 13, 2023**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 29th day of September, 2023.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge